Richard Mooney, Esq. (SBN 176486)
    richard.mooney@rimonlaw.com
Rimon, P.C.
One Embarcadero Center #400
San Francisco, California 94111
Telephone: (415) 539-0443
Facsimile: (800) 930-7271

Attorneys for Plaintiff
Chris Garville, Commerce Overseas Corp.,
Robert Cantu, Petras Air Work Industries, and
The Robert and Dianne Cantu Family Trust Dated July 9, 2003

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Garville, a citizen and resident of California; Commerce Overseas Corp., a New York corporation; Robert Cantu, a citizen and resident of California; Petras Air Work Industries, a California corporation; and The Robert and Dianne Cantu Family Trust Dated July 9, 2003, a California trust,<br><br>                Plaintiffs,<br><br>      v.<br><br>Merex Group Inc., a Delaware corporation; Merex Holding Corp., a Delaware corporation; Merex Aircraft Company, Inc., a California corporation; Kellstrom Defense Aerospace, Inc., a Florida corporation; Dubin Clark & Company, Inc., a Delaware corporation; ALCO Services, Inc., a Delaware corporation; Chris Celtruda, a resident of California; Michael Hompesch, a resident of Massachusetts; Andrew Williamson, a resident of California; Ahmad Shams, a resident of California; Nathan Skop, a resident of Florida; Sherrill Speers, a resident of North Carolina, and Does 1-10,<br><br>                Defendants. | Case No. 16-cv-772 VC<br><br>Notice of Voluntary Dismissal Without Prejudice<br><br><br>Date:    April 21, 2016<br>Time:   10:00 a.m.<br>Ctrm.:  4 (Hon. Vince Chhabria) |

1  Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a),
2  Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

7  Dated:  April 14, 2016          Rimon P.C.

8                                  By: _____/s/_____
                                   Richard Mooney
9                                  Attorneys for Plaintiffs

1
*Garville v. Merex Group Inc.* (Case No. 16-cv-772 VC)
Notice of Voluntary Dismissal Without Prejudice